**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 6 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00543-ZLW

TIMOTHY JOHN KENNEDY,

      Plaintiff,

v.

WARDEN REID, C.C.F.
ASSOCIATE WARDEN FOSHEE, C.C.F.,
PROPERTY SGT. MORRIS, C.C.F.,
MS. LINDSEY, Case Manager II, C.C.F.,
OFFICERS UNKNOWN, Who Read, Organized, and Stole
      My Legal Papers on 8-22-03,
C. O. CORTEZ, C.S.P. Mail Room Supervisor,
ALL D.O.C. ADMINISTRATIVE STAFF, Responsible to Oversee and Correct
      This Type of Situation,

      Defendants.

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE SENIOR JUDGE ZITA L. WEINSHIENK

      Plaintiff's February 2, 2006, motion for the return of all original court filings in this action is DENIED. Plaintiff is advised that he should not submit to the Court any documents he may want copies of in the future because the Court's electronic filing system does not allow the Court to maintain paper copies. Plaintiff may obtain copies of the electronic documents in this action at a cost of fifty cents per page, to be paid in advance.

Dated: February 6, 2006

---

Copies of this Minute Order mailed on February 6, 2006, to the following:

Timothy John Kennedy
Prisoner No. 94886
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

                              Secretary/Deputy Clerk